# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| LIAO KUN,<br><br>   *Petitioner*,<br><br>v.<br><br>ANGEL GARITE, ASSISTANT FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS; MARY DE ANDA YBARRA, ICE FIELD OFFICE DIRECTOR; KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, ATTORNEY GENERAL,<br><br>   *Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    No. 3:25-CV-00418-LS |

## ORDER DENYING MOTION FOR RECONSIDERATION

Petitioner Liao Kun filed a writ of habeas corpus under 28 U.S.C. § 2241, challenging his immigration detention.[1] On October 17, 2025, he filed a motion for appointment of counsel.[2] The Court denied this motion.[3] Petitioner has filed a motion for reconsideration of his motion to appoint counsel.[4] Petitioner asserts that he requires the assistance of counsel because his case is complex and his grasp of English is limited.[5]

---

[1] ECF No. 1.
[2] ECF No. 4.
[3] ECF No. 6.
[4] ECF No. 19.
[5] *Id.* at 2–4.

For the second time, the Court notes that Petitioner has not submitted a financial affidavit, and there is no way for the Court to determine that he is financially eligible for appointment of counsel.[6] Additionally, the Court determines that counsel is not needed in this case for the same reasons as in its original order. As the Court stated, "Petitioner's case is not particularly complex, and his filings reflect that he is able to highlight the issues and present the facts of his case."[7] Therefore, the Petitioner's motion for reconsideration [ECF No. 19] is denied.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 20, 2025.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[6] *See* 18 U.S.C. § 3006A(a)(2)(B) (representation may only be provided for someone who is "financially eligible.").

[7] ECF No. 6 at 2.