UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LIAO KUN, | § |
| *Petitioner*, | § |
| v. | § |
| ANCEL C. GARITE, ASSISTANT FIELD OFFICE DIRECTOR; MARY DE ANDA-YBARRA, ICE FIELD OFFICE DIRECTOR; KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, ATTORNEY GENERAL, | § No. 3:25-CV-00418-LS |
| *Respondents*. | § |

## ORDER TO SHOW CAUSE

Today, the Court considered this case. Petitioner Liao Kun has brought a petition for a writ of habeas corpus against Respondents under 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE").[1]

Petitioner is a citizen of China.[2] He has a final order of removal dating from April 10, 2025.[3] He is currently under a temporary stay of removal while the Fifth Circuit considers his petition for review.[4] Respondents have asserted that that Petitioner's removal from the United States to China is likely in the reasonably foreseeable future.[5]

---

[1] ECF No. 8.
[2] ECF No. 16 at 2.
[3] *Id.* at 12.
[4] *Id.*
[5] *Id.* at 10.

The Court determines that, at this juncture, more information is necessary to determine whether Petitioner's removal is likely to occur within the reasonably foreseeable future. Accordingly, the Court orders that Respondents provide a status report by **March 9, 2026**, detailing the status of

1. Petitioner's pending petition for review with the Fifth Circuit (*Liao v. Bondi*, No. 25-60427);
2. The status of any efforts made to remove Petitioner to China;
3. Any third country removal efforts, including but not limited to whether any requests for travel documents have been made with other countries on Petitioner's behalf and whether, when, and to which countries any additional requests will be sent; and
4. Any other efforts made by Respondents to remove Petitioner from the United States.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 9, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**